JOHN C. ROBINSON, Respondent, v. THE PENNSYLVANIA RAILROAD COMPANY, Appellant. JEFF L. KLING, Defendant.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

RUNYON H. ROBINSON, Respondent, v. ERIE RAILROAD COMPANY, Appellant. — Order granting plaintiff's motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

JACOB ROSENBERG, Appellant, v. VINCENZO SCOCA and ANTOINETTE SCOCA, Respondents.— Order of the County Court of Westchester county, granting defendants' motion to open their default and vacate judgment, reversed upon the law and the facts, with ten dollars costs and disbursements, motion denied, with ten dollars costs, and judgment reinstated. The moving papers do not set forth facts establishing a meritoricus defense. We are of opinion that defendants' motion to open their default was not made in good faith. Lazansky, P. J., Rich, Hagarty and Carswell, JJ., concur; Kapper, J., dissents and votes to affirm.

AMELIA SCHELL, Respondent, v. CATHERINE E. RALL, Appellant.— Order modifying notice of examination before trial reversed upon the law, with ten dollars costs and disbursements, and motion to vacate notice of examination before trial granted, with ten dollars costs. Upon the facts here presented, we are of opinion that the examination before trial should not have been granted. (Wessel v. Schwarzler, No. 1, 144 App. Div. 587; Wessel v. Schwarzler, No. 2, Id. 589; Gullette v. Field, 96 Misc. 81; affd., 175 App. Div. 927; Goldberg v. Goldberg, 184 id. 949.) Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

EMMA SCHMELZER, Respondent, v. " JOHN " SAUERBREY and " MARY " SAUERBREY, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.